IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MARK A. CIAVARELLA, JR. : 1: 19-MI-694
:

ORD[ER]

WHEREAS, on October 1, 2019 the

ordered that Mark A. Ciavarella, Jr. be d[

practice of law; and

WHEREAS, on December 17, 2019

Ciavarella, Jr. to inform the court within

wished to present that the imposition of

unwarranted; and

WHEREAS, the time for a respons[e

being presented;

IT IS HEREBY ORDERED THAT

from the Bar of the United States Distri[ct

Pennsylvania.

/S/ C[
Chri[
Unit[
Mid[

Dated: February 13, 2020